STATE OF NEW JERSEY v. JOSEPH OLIVER DEVATT, JR.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL YUHASZ.

May 13, 1980.

Petition for certification denied.

RAILROAD ROOFING & BUILDING SUPPLY CO., INC. v. FINANCIAL FIRE & CASUALTY CO.

May 13, 1980.

Petition for certification granted.   (See 171 *N.J.Super.* 375)